HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar # 184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAMON ALEXANDER RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00318 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL DATE AND CORRESPONDING DATES SET FORTH IN COURT'S PRETRIAL ORDER; ORDER THEREON |
| v. | |
| RAMON ALEXANDER RODRIGUEZ, | **Trial**: |
| Defendant. | Date:        11/12/14 |
| | Time:        8:30 a.m. |
| | Judge:  Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their

respective counsel, that the trial date in the above-referenced matter now scheduled for Tuesday

September 23, 2014, **may be continued to November 12, 2014, at 8:30 a.m.**  It is further

requested that dates set forth in the Court's pretrial order be moved to dates and times which

correspond to the requested new jury trial date of November 12, 2014.

| Event: | Current Date | Requested New Date |
|---|---|---|
| MIL Hearing | 9/8/14 | 10/27/14 |
| MIL due | 8/4/14 | 9/22/14 |
| MIL opposition due | 8/18/14 | 10/7/14 |
| MIL reply due | 8/25/14 | 10/13/14 |

        The parties further request, consistent with the Court's pretrial order, that witness lists,

trial briefs, exhibits, proposed voir dire, and matters related to use of videotapes, CDs,

1  computers, and other audio/visual equipment be served and filed by November 6, 2014.

2          The parties further request, consistent with the Court's pretrial order, that proposed jury

3  instructions be filed and served by October 21, 2014, and that the parties meet and confer before

4  the jury instruction hearing and trial confirmation hearing date on October 27, 2014.

5          Defense counsel makes this request based on a personal scheduling conflict related to the

6  currently set trial date.  Assistant United States Attorney, Melanie Alsworth, has no objection to

7  this request.  The requested continuance will conserve time and resources for both counsel and

8  the court.

9                                                  Respectfully submitted,

10                                                 BENJAMIN B. WAGNER
                                                   United States Attorney
11

12  Dated:  April 7, 2014                          /s/ Melanie Alsworth
                                                   MELANIE L. ALSWORTH
13                                                 Assistant United States Attorney
                                                   Attorney for Plaintiff
14

15                                                 HEATHER E. WILLIAMS
                                                   Federal Defender
16

17  Dated:  April 7, 2014                          /s/ Marc Days
                                                   MARC DAYS
18                                                 Assistant Federal Defender
                                                   Attorneys for Defendant
19                                                 RAMON RODRIGUEZ

20
                                        **O R D E R**
21
          The Pretrial Order is modified as to the new requested dates set forth above.
22

23  IT IS SO ORDERED.

24
    Dated:   April 7, 2014
25
                                     SENIOR  DISTRICT  JUDGE
26

27

28