HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar # 184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAMON ALEXANDER RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00318 AWI-BAM |
| | ) | |
| *Plaintiff*, | ) | STIPULATION TO CONTINUE SCHEDULING |
| | ) | DATES CONSISTENT WITH NEW TRIAL |
| v. | ) | DATE; ORDER THEREON |
| | ) | |
| RAMON ALEXANDER RODRIGUEZ, | ) | **Trial**: |
| | ) | Date:        1/27/15 |
| | ) | Time:       8:30 a.m. |
| *Defendant*. | ) | Judge:  Honorable Anthony W. Ishii |
| | ) | |

The trial date in the above-referenced matter is scheduled for **January 27, 2015, at 8:30 a.m.**  The trial confirmation and motions in limine hearing is set for January 12, 2015.  It is requested that the dates set forth in the Court's pretrial order be moved to dates and times which correspond to the jury trial date and trial confirmation and motions in limine hearing date.

| Event: | Current Date | Requested New Date |
|---|---|---|
| MIL due | 9/22/14 | 12/8/14 |
| MIL opposition due | 10/7/14 | 12/22/14 |
| MIL reply due | 10/13/14 | 12/29/14 |

The parties further request, consistent with the Court's pretrial order, that witness lists, trial briefs, exhibits, proposed voir dire, and matters related to use of videotapes, CDs, computers, and other audio/visual equipment be served and filed by January 22, 2015.

/ / /

1    The parties further request that proposed jury instructions be filed and served by January

2    6, 2015, and that the parties meet and confer before the jury instruction hearing and trial

3    confirmation hearing date on January 12, 2015.

4    The parties make this request based on their agreement to meet and confer regarding the

5    dates set forth herein at the time the Court set the current trial date.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  October 7, 2014                              /s/ Melanie Alsworth
                                                     MELANIE L. ALSWORTH
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  October 7, 2014                              /s/ Marc Days
                                                     MARC DAYS
                                                     Assistant Federal Defender
                                                     Attorneys for Defendant
                                                     RAMON RODRIGUEZ


**O R D E R**

**IT IS SO ORDERED.**  The Pretrial Order is modified as to the new requested dates set

forth above.

IT IS SO ORDERED.

Dated:   October 7, 2014          _____
                                   SENIOR  DISTRICT  JUDGE