1  HEATHER E. WILLIAMS, Bar # 122664
   Federal Defender
2  Marc Days, Bar # 184098
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: 559.487.5561

5  Attorney for Defendant
   RAMON RODRIGUEZ

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   Case №: 13-cr-00318 AWI
                                   )
12           Plaintiff,            )   **ORDER ON MOTION TO WITHDRAW**
                                   )   **THE FEDERAL DEFENDER AS**
13       vs.                       )   **COUNSEL, APPOINT *AD HOC* CJA**
                                   )   **COUNSEL,**
14  RAMON RODRIGUEZ,               )   **AND DEFENDANT'S CONSENT**
                                   )
15           Defendant.            )
                                   )
16  _____    )

17        Upon Defendant's motion and consent, good cause appearing, and for consistency of

18  representation,

19        IT IS HEREBY ORDERED, effective January 12, 2015, withdrawing the Federal

20  Defender as counsel and appointing Marc Days as *ad hoc* CJA counsel pursuant to 18 U.S.C.

21  § 3006A(b) and Eastern District of California's CJA Plan, Gen. Ord. 323, App. I, §B(3).

22
23  IT IS SO ORDERED.

24    Dated:   **January 5, 2015**          _/s/ Barbara A. McAuliffe_
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28