HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar # 184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAMON ALEXANDER RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00318-AWI-BAM |
| --- | --- | --- |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE JURY TRIAL AND BRIEFING SCHEDULE DATES CONSISTENT WITH NEW TRIAL DATE |
| v. | ) ) | |
| RAMON ALEXANDER RODRIGUEZ, | ) ) | **Trial**: |
| Defendant. | ) ) ) | Date:           6/2/2015<br>Time:          8:30 a.m.<br>Judge:        Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the trial date in the above-referenced matter now scheduled for January 27, 2015, at 8:30 a.m., **may be continued to June 2, 2015, at 8:30 a.m.**  It is further stipulated that the evidentiary hearing on Defendant's motion to suppress evidence, now set forth January 12, 2015, at 10:00 am, **be moved to April 27, 2015, at 1:30pm**, to allow defense counsel time to review recently disclosed evidence with Defendant.   It is further stipulated that the trial confirmation and motions in limine hearing now set for January 12, 2015**, may be continued to May 18, 2015, at 10:00am.** and that the briefing schedule dates be moved to dates and times which correspond to the jury trial date and trial confirmation and motions in limine hearing date.

| **Event:** | **Current Date** | **Requested New Date** |
| --- | --- | --- |
| **MIL Hearing** | 1/12/15 | 5/18/15 |
| **MIL due** | 12/8/14 | 4/13/15 |
| **MIL opposition due** | 12/22/14 | 4/27/15 |
| **MIL reply due** | 12/29/14 | 5/4/15 |

Case 1:13-cr-00318-AWI-BAM   Document 29   Filed 01/07/15   Page 2 of 2

1    The parties further request, consistent with the Court's pretrial order, that witness lists, trial briefs, exhibits, proposed voir dire, and matters related to use of videotapes, CDs, computers, and other audio/visual equipment be served and filed by May 28, 2015.

The parties further request that proposed jury instructions be filed and served by May 12, 2015, and that the parties meet and confer before the jury instruction hearing and trial confirmation hearing date on May 18, 2015.

The parties make this request based on their agreement to meet and confer regarding the dates set forth herein at the time the Court set the current trial date.

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated:  January 6, 2015          /s/ *Melanie Alsworth*
                              MELANIE L. ALSWORTH
                              Assistant United States Attorney
                              Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

Dated:  January 6, 2015          /s/ *Marc Days*
                              MARC DAYS
                              Assistant Federal Defender
                              Attorneys for Defendant
                              RAMON RODRIGUEZ

## O R D E R

**IT IS SO ORDERED.**  The Pretrial Order is modified as to the new requested dates set forth above.

IT IS SO ORDERED.

Dated:  January 6, 2015                       _____
                                          SENIOR  DISTRICT  JUDGE

2