John Balazs
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
916-447-9299
John@Balazslaw.com

Attorney for Defendant
RAMON ALEXANDER RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  RAMON ALEXANDER RODRIGUEZ,  Defendant. | No. 1:13-CR-0318-AWI  **APPLICATION AND ORDER RE DEFENDANT'S SUPPLEMENTAL RESPONSE TO COURT'S ORDER DATED MARCH 8, 2017 (DOCKET 50)** |

In an order filed March 8, 2017, the Court directed defendant to file a supplemental brief in light of the Supreme Court's March 6, 2017 decision in *Beckles v. United States,* No. 15-8544 (U.S. Mar. 6, 2017), with respect to defendant's motion to vacate under 28 U.S.C. § 2255. Defendant hereby applies

1

for an order extending the time to file this response from April 7, 2017 to April 21, 2017, to provide defense counsel additional time to research and prepare a response.

Dated: April 7, 2017            Respectfully submitted,

                                /s/ John Balazs
                                John Balazs
                                Attorney for Defendant
                                Ramon Alexander Rodriguez

## ORDER

IT IS SO ORDERED that the due date for defendant's supplemental response in light of *Beckles v. United States,* No. 15-8544 (U.S. Mar. 6, 2017), is extended to April 21, 2017.

IT IS SO ORDERED.

Dated:  April 7, 2017                    _____
                                          SENIOR DISTRICT JUDGE